UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC JUBAR DUBERRY,

    Plaintiff,

v.                                    Case No. 3:25cv516-MCR-HTC

LIEUTENANT (JANE) SCHMEZLIE,
et al.,

    Defendants.

_____/

# **ORDER**

The Magistrate Judge issued a Report and Recommendation dated April 24, 2025 (ECF No. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(ii)(B) as a malicious abuse of the judicial process because Plaintiff failed to truthfully disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**